AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT
☒ SUPERSEDING

---- OFFENSE CHARGED ----

18 U.S.C. § 1592 – Unlawful Conduct Regarding Documents in Furtherance of Forced Labor; 18 U.S.C. § 1594(d) – Criminal Forfeiture

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Count One (18 U.S.C. § 1592): five (5) years imprisonment, $250,000 fine, three (3) years supervised release, $100 special assessment, restitution, forfeiture

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

---- DEFENDANT ----
▶ FANG PING DING

DISTRICT COURT NUMBER
CR 09-00573 SBA

FILED
MAY 27 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---- PROCEEDING ----

Name of Complainant Agency, or Person (& Title, if any)
ICE and FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   AUSA ANDREW S. HUANG

---- DEFENDANT ----

IS NOT IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
NORTHERN DISTRICT OF CALIFORNIA

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT       Bail Amount: _____
If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT
☒ SUPERSEDING

**OFFENSE CHARGED**

8 U.S.C. §§ 1324(a)(1)(A)(iii) and (B)(i) – Harboring an Illegal Alien for Private Financial Gain; 18 U.S.C. § 982(a)(6) – Criminal Forfeiture

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Count Two (8 U.S.C. § 1324(a)(1)(A)(iii)): ten (10) years imprisonment, $250,000 fine, three (3) years supervised release, $100 special assessment, restitution, forfeiture

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
OAKLAND DIVISION

**DEFENDANT**
▶ WEI WEI LIANG

DISTRICT COURT NUMBER
CR 09-00573 SBA

FILED
MAY 27 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
ICE and FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   AUSA ANDREW S. HUANG

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☒ SUPERSEDING

**OFFENSE CHARGED**

8 U.S.C. §§ 1324(a)(1)(A)(iii) and (B)(i) – Harboring an Illegal Alien for Private Financial Gain; 18 U.S.C. § 982(a)(6) – Criminal Forfeiture

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Count Two (8 U.S.C. § 1324(a)(1)(A)(iii) and (B)(i)): ten (10) years imprisonment, $250,000 fine, three (3) years supervised release, $100 special assessment, restitution, forfeiture

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT**
BO SHEN

**DISTRICT COURT NUMBER**
CR 09-00573 SBA

FILED
MAY 27 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
ICE and FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   AUSA ANDREW S. HUANG

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>FANG PING DING,<br>WEI WEI LIANG<br>  a/k/a Xian Hui Liang and<br>  Wei Wei Shen, and<br>BO SHEN,<br><br>  Defendants. | No. CR 09-00573 SBA<br><br>VIOLATIONS:<br><br>18 U.S.C. § 1592 – Unlawful Conduct Regarding Documents in Furtherance of Forced Labor; 8 U.S.C. §§ 1324(a)(1)(A)(iii) and (B)(i) – Harboring an Illegal Alien for Private Financial Gain; 18 U.S.C. §§ 982(a)(6) and 1594(d) – Criminal Forfeiture<br><br>OAKLAND VENUE |

## SUPERSEDING INFORMATION

The United States Attorney charges:

COUNT ONE:   (18 U.S.C. § 1592 – Unlawful Conduct Regarding Documents in Furtherance of Forced Labor)

Beginning some time in or about April 2008 and continuing until on or about April 18, 2009, in the Northern District of California, the defendant,

FANG PING DING,

did knowingly conceal, remove, confiscate, and possess the actual and purported passport, immigration document, and government identification document of a person, GXK, in the course

of a violation of Title 18, United States Code, Section 1589, and with intent to violate Title 18, United States Code, Section 1589, all in violation of Title 18, United States Code, Section 1592.

COUNT TWO:    (8 U.S.C. §§ 1324(a)(1)(A)(iii) and (B)(i) – Harboring an Illegal Alien for Private Financial Gain)

Beginning in or about April 2008 and continuing to on or about April 18, 2009, in the Northern District of California, the defendants,

WEI WEI LIANG and
BO SHEN,

knowing and in reckless disregard of the fact that an alien, namely, GXK, had come to, entered, and remained in the United States in violation of law, did conceal, harbor, and shield from detection, and did attempt to conceal, harbor, and shield from detection, such alien in buildings and other places, for the purpose of private financial gain, all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and (B)(i).

FIRST FORFEITURE ALLEGATION: (18 U.S.C. § 1594(d) – Criminal Forfeiture)

Upon conviction of the offense alleged in Count One of this Superseding Information, the defendant,

FANG PING DING,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1594(d), any interest in any property, real and personal, that was used or intended to be used to commit or facilitate the commission of the offense of which the person is convicted, including but not limited to the following:

    a.    685 Bogalusa Court, Fremont, California, also known as Alameda County parcel number 519-1654-76, tracer number 37348200.

///
///
///
///

SUPERSEDING INFORMATION
NO. CR 09-00573 SBA                              2

SECOND FORFEITURE ALLEGATION: (18 U.S.C. § 982(a)(6) – Criminal Forfeiture)

Upon conviction of the offense alleged in Count Two of this Superseding Information, the defendants,

WEI WEI LIANG, and
BO SHEN,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(6), any property, real and personal, that was used to facilitate, and was intended to be used to facilitate, the commission of the offense of which the person is convicted, including but not limited to the following:

a. 685 Bogalusa Court, Fremont, California, also known as Alameda County parcel number 519-1654-76, tracer number 37348200.

DATED: May 26, 2010

JOSEPH P. RUSSONIELLO
United States Attorney

STEPHEN CORRIGAN
Deputy Chief, Oakland Branch

(Approved as to form: _____)
ANDREW S. HUANG
Assistant United States Attorney

SUPERSEDING INFORMATION
NO. CR 09-00573 SBA                                  3