1
2
3                        UNITED STATES DISTRICT COURT
4                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                                 OAKLAND DIVISION
6  UNITED STATES OF AMERICA,              Case No:  CR 09-0573-3 SBA
7           Plaintiff,                    **ORDER ACCEPTING REPORT AND**
8                                         **RECOMMENDATION**
9       vs.
10 BO SHEN,
11          Defendant.
12
13
14     On September 23, 2010, the Court referred this matter to Magistrate Judge Beeler for a
15 report and recommendation on the acceptance of Defendant's guilty plea.  On November 5,
16 2010, Magistrate Judge Beeler issued a Report and Recommendation in which she
17 recommended that this Court accept Defendant's guilty plea.  At the November 16, 2010
18 sentencing hearing in this matter, the parties indicated that they have no objections to the
19 Report and Recommendation.  Accordingly,
20     IT IS HEREBY ORDERED THAT Magistrate Judge Beeler's  Report and
21 Recommendation (Docket 67) is ACCEPTED and shall become the Order of this Court.
22     IT IS SO ORDERED.
23
24 Dated: November 16, 2010                  _____
                                            SAUNDRA BROWN ARMSTRONG
25                                          United States District Judge
26
27
28